IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEVON TYRONE EVANS,

        Plaintiff,

v.

ERIC HANSEN,

        Defendant.

Case No. 20-cv-860

JUDGE PETERSON

**JOINT MOTION TO TRANSFER VENUE
TO THE EASTERN DISTRICT OF WISCONSIN**

NOW COME both parties, by and through their counsel, and file this joint motion to transfer venue to the Eastern District of Wisconsin pursuant to 28 U.S.C. §1404:

1. Plaintiff filed this action, pro-se, in the Western District of Wisconsin on September 17, 2020. Dkt. 1.

2. This lawsuit arises from an incident that occurred in Waukesha County on November 6, 2018. Plaintiff alleges excessive force against Menomonee Falls police officer Defendant Hansen.

3. Plaintiff has been incarcerated in Dodge County since the time of filing this action. Defendant Hansen has been a resident of the Eastern District of Wisconsin since the time this action was filed.

4. On March 11, 2022, Defendant's Motion for Summary Judgment was denied. Dkt. 51. Judge Crabb thereafter ordered a trial schedule to be set. Id.

5. On April 14, 2022, Plaintiff requested that counsel be appointed to represent him at trial. Dkt. 53. On May 9, 2022, the undersigned attorneys filed their appearances on behalf of Plaintiff. Dkt. 55-58.

6. No trial schedule has been set and both parties respectfully request this case be transferred to the Eastern District of Wisconsin.

7. 28 U.S.C. §1404 titled "Change of Venue" states in relevant part:

    (a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might

1

have been brought or to any district or division to which all parties have consented.

8. Transferring venue to the Eastern District is appropriate in this case. All parties and witnesses are in the Eastern District. This action could have been brought in the Eastern District and all parties have consented to the Eastern District.

**WHEREFORE,** both parties respectfully request this Honorable Court enter an order transferring this case to the Eastern District of Wisconsin and for any such further relief that this Court deems just.

Dated: May 20, 2022.

Respectfully submitted,

/s/ *Jason Marx*
JASON MARX, *Pro Hac Vice*
One of Plaintiff's Attorneys
Hale & Monico, LLC
53 W. Jackson Blvd., Suite 337
Chicago, IL 60604
(312) 870-6912
jmarx@halemonico.com
IL Bar No. 6279266

/s/ *Jasmyne M. Baynard*
JASMYNE M. BAYNARD
One of Defendant's Attorneys
Wirth + Baynard
9898 W. Bluemound Road, Suite 2
Wauwatosa, WI 53226
(414) 291-7979
jmb@wbattys.com
WI Bar No. 1099898