# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**DEVON TYRON EVANS,**
      **Plaintiff,**

  v.                                                     Case No. 22-CV-606

**ERIC HANSEN,**
      **Defendant.**

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding        Date: 1/5/23
Time Commenced: 10:45 a.m.        Concluded: 11:05
Deputy Clerk: WS        Court Reporter:

APPEARANCES:

Plaintiff: Shawn W. Barnett

Defendant: Jasmyne M Baynard

Nature of Conference: Telephonic Status Conference

Notes: The parties discuss the possibility of settlement. Final pretrial conference is scheduled for January 13, 1:00 p.m.