UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DEVON TYRON EVANS,**
    **Plaintiff,**

 v.           Case No. 22-CV-606

**ERIC HANSEN,**
    **Defendant.**

---

## COURT MINUTES OF CONFERENCE

| | |
|---|---|
| Judge Lynn Adelman, presiding | Date: 1/24/23 |
| Time Commenced: 11:08 a.m. | Concluded: 11:39 a.m. |
| Deputy Clerk: WS | Court Reporter: |

APPEARANCES:

Plaintiff: Jason Marx & Shawn W. Barnett

Defendant: Kiley Beth Zellner & Jasmyne M Baynard

Nature of Conference: Telephonic Status Conference

Notes: The parties discuss the possibility of settlement but do not think a settlement will be likely. Plaintiff may read in stipulated portions of deposition transcript of Dr. Schmeling at trial. Plaintiff will submit a writ of habeas corpus ad testificandum.