IN THE UNITED STATES DISTRICT COURT
                    FOR THE EASTERN DISTRICT OF WISCONSIN

DEVON TYRONE EVANS,              )
                                 )
         Plaintiff,              )    Case No. 2:22-cv-00606-LA
v.                               )
                                 )    Judge Adelman
ERIC HANSEN,                     )
         Defendant.              )

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: The Warden of Green Bay Correctional Institution

**YOU ARE HEREBY COMMANDED** to produce the body of **DEVON T. EVANS**, **D.O.C. # 00545237**, who is currently in custody at Green Bay Correctional Institution before the United States District Court for the Eastern District of Wisconsin, 517 East Wisconsin Avenue, Milwaukee, WI 53202, Judge Lynn Adelman, Courtroom 390, on **February 6, 2023 at 8:30 a.m.** for trial, which is currently scheduled for three days ending on **February 8, 2023**. At the termination of said trial, you may return him to his current regular assignment.

Dated at Milwaukee, Wisconsin, this 24th day of January 2023.

                                        /s/Lynn Adelman
                                        LYNN ADELMAN
                                        United States District Judge