UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**DEVON TYRON EVANS,**
       **Plaintiff,**

v.                                               Case No. 22-cv-0606

**ERIC HANSEN,**
       **Defendant.**

---

### VERDICT

---

**Question No. 1:** Was the force used by Eric Hansen against Devon Evans unreasonable as that term is defined in the jury instructions?

    Answer (Yes or No): __Yes__

*If you answered "Yes" to Question No. 1, proceed to Question No. 2.*

*If you answered "No" to Question No. 1, STOP.*


**Question No. 2:** What amount of money, if any, will fairly and reasonably compensate Devon Evans for the injuries directly caused by Eric Hansen's use of force?

    Answer: $__150,000__

**Question No. 3:** Did Devon Evans prove by a preponderance of the evidence that punitive damages should be assessed against Eric Hansen?

    Answer (Yes or No): __No__

*If you answered "Yes" to Question no. 3, proceed to Question no. 4.*

*If you answered "No" to Question no. 3, STOP.*

**Question no. 4:** What amount of money, if any, would appropriately punish defendant for his conduct and serve as a warning to defendant and others not to engage in similar conduct in the future?

Answer: $_____

**JURY SIGNATURES**

SO SAY WE ALL:

*Christine Wahmhoff*
Presiding Juror

_____

_____

_____

_____

_____

_____

*Mary E. Schu__*

2

Dated: 2-7-2023